**Petition for Writ of Mandamus Dismissed and Opinion filed October 17, 2017.**



In The

# Fourteenth Court of Appeals

### NO. 14-17-00744-CV

## IN RE GEKABI BAHAMAS 3, LLC, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-40770**

## MEMORANDUM OPINION

On September 22, 2017, relator Gekabi Bahamas 3, LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable R.K. Sandill, Judge of the 127th District Court, in Harris County, Texas, to vacate the oral order he rendered at the September 21, 2017 hearing that Gregg

Kosterlitzky disclose his communications with Jarrad Cormier, which relator asserts are protected by the attorney-client privilege (the Order to Disclose).

On September 29, 2017, relator filed a notice with this court stating that the trial judge had withdrawn his Order to Disclose and that this mandamus proceeding was therefore moot. Attached to the notice is a reporter's record of a September 25, 2017 hearing in which the trial judge states that he withdraws his Order to Disclose.

We therefore dismiss relator's petition for writ of mandamus as moot.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Donovan.